**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **WILLIAMS ET AL.** | **CASE NO. 5:19-CV-00617** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **BIERDEN CONSTRUCTION ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the motion to remand (Record Document 44) be **GRANTED** and this matter remanded to the 39th District Court for Red River Parish, Louisiana.

**IT IS FURTHER ORDERED** that the motion for summary judgment (Record Document 37) be **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of February, 2021.

Donald E. Walter
United States District Judge